## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:  CETEK NETWORK SOLUTIONS, INC.   § Case No. 14-22286
§
§
Debtor(s)                               §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

Richard M. Fogel, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $72,200.00 *(without deducting any secured claims)* | Assets Exempt:  $0.00 |
| Total Distribution to Claimants:$9,119.98 | Claims Discharged Without Payment: $1,118,895.02 |
| Total Expenses of Administration:$3,880.02 | |

3) Total gross receipts of $    13,000.00    (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $     0.00    (see **Exhibit 2**), yielded net receipts of  $13,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,880.02 | 3,880.02 | 3,880.02 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 2,300.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,115,700.00 | 30,015.00 | 30,015.00 | 9,119.98 |
| **TOTAL DISBURSEMENTS** | $1,118,000.00 | $33,895.02 | $33,895.02 | $13,000.00 |

4)  This case was originally filed under Chapter 7 on June 14, 2014. The case was pending for 12 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 07/07/2015          By: /s/Richard M. Fogel
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO
FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Litigation against Quadrangle House Condominium | 1129-000 | 10,000.00 |
| Computer equipment | 1129-000 | 3,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$13,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | None | | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Richard M. Fogel | 2100-000 | N/A | 2,050.00 | 2,050.00 | 2,050.00 |
| Richard M. Fogel | 2200-000 | N/A | 4.22 | 4.22 | 4.22 |
| Popowcer Katten Ltd. | 3410-000 | N/A | 1,150.00 | 1,150.00 | 1,150.00 |
| Office of the United States Trustee | 2950-000 | N/A | 650.00 | 650.00 | 650.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 15.80 | 15.80 | 15.80 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $3,880.02 | $3,880.02 | $3,880.02 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Internal Revenue Service | 5200-000 | 2,300.00 | N/A | N/A | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $2,300.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Quadrangle House Condominium Association | 7100-000 | 20,000.00 | 30,015.00 | 30,015.00 | 9,119.98 |
| NOTFILED | Smith Amundsen | 7100-000 | 200,000.00 | N/A | N/A | 0.00 |
| NOTFILED | BMO Harris Bank | 7100-000 | 7,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Robbins Salomon & Patt | 7100-000 | 70,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Internal Revenue Service | 7100-000 | 1,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Anton Jones | 7100-000 | 800,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Richard Steck | 7100-000 | 17,000.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $1,115,700.00 | $30,015.00 | $30,015.00 | $9,119.98 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 14-22286

**Case Name:** CETEK NETWORK SOLUTIONS, INC.

**Period Ending:** 07/07/15

**Trustee:** (330720)   Richard M. Fogel

**Filed (f) or Converted (c):** 07/08/14 (c)

**§341(a) Meeting Date:** 08/11/14

**Claims Bar Date:** 12/17/14

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1   Security deposit   Imported from original petition Doc# 7  (See Footnote) | 400.00 | 0.00 | | 0.00 | FA |
| 2   Accounts receivable   Imported from original petition Doc# 7  (See Footnote) | 70,000.00 | Unknown | | 0.00 | FA |
| 3   Litigation against Quadrangle House Condominium   Imported from original petition Doc# 7  (See Footnote) | Unknown | Unknown | | 10,000.00 | FA |
| 4   Computer equipment   Imported from original petition Doc# 7  (See Footnote) | 2,000.00 | Unknown | | 3,000.00 | FA |
| 5   Postage stamp rented meter   Imported from original petition Doc# 7  (See Footnote) | 1,800.00 | 0.00 | | 0.00 | FA |
| 5   **Assets**   **Totals** (Excluding unknown values) | **$74,200.00** | **$0.00** | | **$13,000.00** | **$0.00** |

RE PROP# 1      Inconsequential value
RE PROP# 2      Inconsequential value
RE PROP# 3      Settled per o/c 2-24-15
RE PROP# 4      Sold per o/c 3-17-15
RE PROP# 5      Inconsequential value

**Major Activities Affecting Case Closing:**

Trustee settled litigations claims with major creditor per o/c 02-24-15 and sold personal property to debtor's principal per o/c  03-17-15.

**Initial Projected Date Of Final Report (TFR):**      December 31, 2015        **Current Projected Date Of Final Report (TFR):**      May 7, 2015  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 14-22286
**Case Name:** CETEK NETWORK SOLUTIONS, INC.

**Taxpayer ID #:** **-***2835
**Period Ending:** 07/07/15

**Trustee:** Richard M. Fogel (330720)
**Bank Name:** Rabobank, N.A.
**Account:** ******2166 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/19/15 | {3} | BERKLEY INSURANCE COMPANY | Settlement of pre-petition litigation per o/c 2-24-15 | 1129-000 | 10,000.00 | | 10,000.00 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 9,990.00 |
| 04/16/15 | {4} | MINCHELLA & ASSOCIATES, LTD | Purchase of personal property, per o/c 3-17-15 | 1129-000 | 3,000.00 | | 12,990.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 15.80 | 12,974.20 |
| 06/05/15 | 101 | Popowcer Katten Ltd. | Dividend paid 100.00% on $1,150.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,150.00 | 11,824.20 |
| 06/05/15 | 102 | Office of the United States Trustee | Dividend paid 100.00% on $650.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 650.00 | 11,174.20 |
| 06/05/15 | 103 | Quadrangle House Condominium Association | 30.38% dividend on Claim # 2, Ref: | 7100-000 | | 9,119.98 | 2,054.22 |
| 06/05/15 | 104 | Richard M. Fogel | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 2,054.22 | 0.00 |
| | | | Dividend paid 100.00%            2,050.00 on $2,050.00;  Claim# A; Filed: $2,050.00 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%                  4.22 on $4.22;  Claim# B; Filed: $4.22 | 2200-000 | | | 0.00 |

|  |  | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 13,000.00 | 13,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 13,000.00 | 13,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$13,000.00** | **$13,000.00** | |

| Net Receipts : | 13,000.00 |
|---|---|
| Net Estate : | $13,000.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******2166** | **13,000.00** | **13,000.00** | **0.00** |
| | **$13,000.00** | **$13,000.00** | **$0.00** |

{} Asset reference(s)